AO 91 (Rev. 5/85) Criminal Complaint                                AUSA Shaniek M. Maynard

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

FRANCISCA GARRIDO-MENDEZ,

## CRIMINAL COMPLAINT

CASE NUMBER: 09-8325-LRJ

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 9, 2009__ in __Palm Beach County__, in the _____Southern_____ District of _____Florida_____ defendant(s) (Track Statutory Language of Offense)

did willfully and knowingly make a false statement in an application for passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for her own use or the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws,

in violation of Title _____18_____ United States Code, Section(s) _____1542_____.

I further state that I am a(n) __Special Agent with the U.S. Department of State, Bureau of Diplomatic Security__ and that this complaint is based on the following facts:

Please see attached Affidavit.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
Kerry J. Potter, Special Agent
U.S. Department of State
Bureau of Diplomatic Security

Sworn to before me and subscribed in my presence,

December 9, 2009                           at    West Palm Beach, Florida
Date                                                  City and State

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                    Signature of Judicial Officer

## **AFFIDAVIT**

I, Kerry J. Potter, being duly sworn, depose and state:

1. I am a Special Agent of the U.S. Department of State, Bureau of Diplomatic Security (hereinafter "DS"), and have been so employed since 2008. Prior to being assigned to DS, I was a Police Officer with the Atlanta Police Department from 2002 until 2008. Currently, I am assigned to the Miami Field Office where I conduct investigations into criminal violations of the laws related to U.S. Passports, U.S. Visas and other travel documents used to transit international borders. I make this affidavit based upon my personal knowledge and investigation, as well as investigation from other criminal investigators (hereinafter "agents"). Because this affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint, it does not include every fact known by me in connection with this investigation.

2. On February 9, 2009, an individual (hereinafter "Subject") purporting to be "Samara Enid Ortiz-Rivera" appeared at the U.S. Post Office in West Palm Beach, Florida and executed an application for a United States passport. On the passport application, the subject listed her name as Samara Enid Ortiz Rivera, her date of birth as January 6, 1981 and her permanent address as 2359 Avenue Barcelona Oste, West Palm Beach, Florida 33415. As proof of identity, the subject presented Florida driver's license #O632785815060, bearing the name Samara Enid Ortiz Rivera. As proof of citizenship, the subject presented Puerto Rican birth certificate #4854207, bearing the name Samara Enid Ortiz Rivera. According to the birth certificate, Samara Enid Ortiz Rivera was born to Daisy Rivera Maldonad (mother) and Samuel Ortiz Bermude (father) on January 6, 1981 in Ponce, Puerto Rico. The subject swore under oath

that all information in the passport application was true and that the photograph attached to the passport application was a true likeness of her. The subject then signed the application.

3. Upon review by the Miami Passport Agency, the passport application was referred to DS for investigation due to fraud indicators on the application, including a printed signature, missing dates of birth for both parents, incomplete names for both parents, the applicant's failure to complete the application and the applicant's failure to list any travel plans.

4. Subsequent queries of public records and of criminal history databases revealed a Samara Enid Ortiz-Rivera (hereafter "Samara Ortiz"), born in Puerto Rico on January 6, 1981. According to the databases, Samara Ortiz had a Pennsylvania driver's license, had various Pennsylvania addresses associated with her and had been arrested in Philadelphia, Pennsylvania. The photograph on Samara Ortiz's Pennsylvania driver's license did not appear to match the photograph on the passport application in the name of Samara Ortiz. The photograph on Samara Ortiz's arrest record also did not appear to match the passport application photograph.

5. On May 5, 2009, I, along with other federal agents, went to the address listed on the passport application with a "wanted" poster depicting a random individual. A young man answered the door and I asked him if he recognized the person in the wanted poster. The man said that he did not. I asked if he had any family in the neighborhood that might recognize the man in the poster. He indicated that his aunt lived around the corner. We followed the directions he gave us and drove to 6044 Calle Del Mar, West Palm Beach, Florida. Upon our arrival, we saw a woman standing in the driveway who appeared to be the person depicted in the photograph attached to the Samara Ortiz passport application. We approached the woman and asked if she recognized the person in the wanted poster. She said she did not. We asked for her name and

identification so we could include her information in our report. The woman went into her residence and came back out with an identification card from the Mexican Consulate, bearing the name Francisca GARRIDO-MENDEZ. We took a photograph of the woman and compared it to the photograph on the passport application. The photographs appeared to depict the same person.

6. On December 3, 2009, federal agents in Philadelphia met with the true Samara Ortiz, and her mother, Daisy Rivera, at their residence in Philadelphia. Samara Ortiz identified the Puerto Rican birth certificate presented with the passport application as belonging to her. She also identified the information on the birth certificate (i.e., name, date of birth, parents' names and place of birth) as being her identifying information. Ortiz explained that she had lost a purse which contained her ID and birth certificate several years prior. Ortiz showed agents the replacement birth certificate she had ordered as a result of losing her purse. Ortiz told agents that she never granted anyone permission to use her identification or birth certificate to obtain a U.S. Passport, nor did she recognize the woman in the passport application photograph. Ortiz provided agents a written statement and agreed to be a witness in court if necessary.

7. On December 9, 2009, federal agents returned to 6044 Calle Del Mar, West Palm Beach, Florida, which was the address where they had previously encountered the woman who appeared to be the person depicted on the passport application, and who had identified herself as GARRIDO-MENDEZ. Two agents approached and knocked on the door, which was opened by GARRIDO-MENDEZ. Agents asked if she was Samara Ortiz, and she said yes. Agents told her they were from the Miami Passport Agency and they wanted to talk to her about her passport application. They showed her the passport application and the photograph on it and asked, "is this you?" She responded affirmatively.

3

8. Based on the above facts and circumstances, Your Affiant believes that probable cause exists to charge Francisca GARRIDO-MENDEZ with making a false statement in an application for a U.S. passport, in violation of Title 18, United States Code, Section 1542.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Kerry J. Potter, Special Agent
United States Department of State
Bureau of Diplomatic Security

Sworn and subscribed to before me
this ___9___ day of December, 2009.

_____
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Francisca Garrido-Mendez

**Case No:** 09-8325-LRJ

Count #: 1

False statement in a passport application.

18 U.S.C. § 1542

**\* Max. Penalty:** 10 years' imprisonment; $250,000,00 fine; 3 years' supervised release.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 09-8325-LRJ

### BOND RECOMMENDATION

DEFENDANT: FRANCISCA GARRIDO-MENDEZ

PRE-TRIAL DETENTION
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   SHANIEK M. MAYNARD

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):   SPECIAL AGENT KERRY J. POTTER
**(OTHER)**
**U.S. DEPARTMENT OF STATE**
**BUREAU OF DIPLOMATIC SECURITY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  09-8325-LRJ

UNITED STATES OF AMERICA

vs.

FRANCISCA GARRIDO-MENDEZ,

　　　　Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?　_____ Yes　_X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?　_____ Yes　_X_ No

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　JEFFREY H. SLOMAN
　　　　　　　　　　　　　　　　ACTING UNITED STATES ATTORNEY

BY:　　*/s/ Shaniek Maynard*
　　　　SHANIEK M. MAYNARD
　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　Florida Bar No. 0522201
　　　　500 S. AUSTRALIAN AVENUE, SUITE 400
　　　　WEST PALM BEACH, FL 33401
　　　　TEL:  (561) 820-8711
　　　　FAX: (561) 659-4526